# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

Neulan D. Midkiff,

                Petitioner,

v.

United States of America,

                Respondent.

_____

Civil No. 17-cv-1613 (PJS/HB)

**ORDER ON REPORT
AND RECOMMENDATION**

The above-entitled matter came before the Court upon the Report and

Recommendation of the United States Magistrate Judge.  No objections have been filed to

the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the

files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1.      The Report and Recommendation is **ADOPTED**; and

2.      This matter is **SUMMARILY DISMISSED WITHOUT PREJUDICE**
for lack of subject-matter jurisdiction.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  08/07/17

                s/Patrick J. Schiltz
                PATRICK J. SCHILTZ
                United States District Judge